Roy Tuck
1600 E. Vista Way #85
Vista, CA 92084
Ph: 760-840-1551

In Pro Se

FILED
OCT -8 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___TH___ DEPUTY

# IN THE UNITED STATED DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY TUCK, | CIVIL ACTION NO. 15CV1377DMS WVG |
| Plaintiff, | VOLUNTARY DISMISSAL WITH PREJUDICE |
| vs. | |
| RECEIVABLES PERFORMANCE MANAGEMENT, Does 1-25 | |
| Defendants, | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Comes now, ROY TUCK, Plaintiff in the above-entitled case appearing before the honorable court In Pro Se, freely and voluntarily dismisses the above-entitled action filed against the defendant's RECEIVABLES PERFORMANCE MANAGEMENT("RPM"), and does 1-25, with prejudice.

The Defendant RPM has reached a mutual settlement agreement with me the Plaintiff, ROY TUCK and I hereby request that this case should be closed forthwith. This request for Voluntary Dismissal with Prejudice is to include the Request for Clerk's Default filed Sept. 18, 2015.

Respectfully submitted,

Dated This 7th day of October 2015

ROY TUCK, *PLAINTIFF IN PRO SE*

"Court copy"

REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE                                   PAGE 1

Roy Tuck
1600 E. Vista Way #110
Vista, CA 92084
Ph: 760-724-9439

In Pro Se

## IN THE UNITED STATED DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY TUCK, | CIVIL ACTION NO. 15CV1377DMS WVG |
| Plaintiff, | DECLARATION OF SERVICE |
| vs. | |
| RECEIVABLES PERFORMANCE MANAGEMENT, Does 1-25 | |
| Defendant's, | |

## DECLARATION OF SERVICE

I, the undersigned declare under the penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served Guardian Protection Services, Inc. the following documents:

"Voluntary Dismissal With Prejudice.

By placing copies of the above-described documents filed with the court in a separate envelope, with postage fully pre-paid, for each address named below and deposited each in the U.S. mail.

Receivables Performance Management, 20816 44th Ave. W, Lynwood, Washington, USA on this 7th day of October 2015.

Executed on this 7th day of September 2015 by _____
DEBORAH TUCK

///

///

DECLARATION OF SERVICE                                                              PAGE 1